O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-5695 AHM (AGRx) | Date | August 23, 2010 |
|---|---|---|---|
| Title | RAYMOND ARNOLD v. RANCHO HORIZON, *et al*. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

    On July 30, 2010, Plaintiff Raymond Arnold ("Plaintiff"), *pro se*, filed this action against Rancho Horizon, LLC; GB Inland Properties, LLC; Ian Griffin; Executive Trustee Services, LLC dba ETS Services, LLC; and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"). The Complaint states the following four claims: (1) "To Set Aside Trustee's Sale;" (2) "Cancel Trustee's Deed;" (3) Fraud; and (4) "Quiet Title."

    Plaintiff alleges no federal question. *See* 28 U.S.C. § 1331. Plaintiff states that this Court "has jurisdiction under 28 U.S.C. §§ 1332 [federal jurisdiction based on diversity of citizenship], and 1391. The amount in controversy exceeds $75,000." Compl. at 2.

    A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Systems, Inc.,* 80 F.3d 339 (9th Cir. 1996). Jurisdiction must be determined from the face of the complaint. *Caterpillar, Inc. v. Williams,* 482 U.S. 386, 392, 107 S.Ct. 2425 (1987). A federal court has original jurisdiction over a civil matter "where the matter in controversy exceeds the sum or value of $75,000, . . . and is between . . . citizens of different State." 28 U.S.C. § 1332(a). A "corporation [is] deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business. . ." *Id.* at 1332(c)(1).

    In this case, Plaintiff's Complaint fails to allege that he and Defendants are citizens of different states. Thus, Plaintiff's assertions fail to establish diversity jurisdiction.

    Accordingly, and good cause appearing therefor, the Court hereby ORDERS

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-5695 AHM (AGRx) | Date | August 23, 2010 |
|---|---|---|---|
| Title | RAYMOND ARNOLD v. RANCHO HORIZON, *et al*. | | |

Plaintiff to SHOW CAUSE by not later than September 7, 2010 why this action should not be dismissed for lack of jurisdiction. Failure to respond on or before that date will be construed as consent to dismissal.

|  | : |
|---|---|
| Initials of Preparer | SMO |