O      JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-5695 AHM (AGRx) | Date | September 10, 2010 |
|---|---|---|---|
| Title | RAYMOND ARNOLD v. RANCHO HORIZON, *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

    On July 30, 2010, Plaintiff Raymond Arnold ("Plaintiff"), *pro se*, filed this action against Rancho Horizon, LLC; GB Inland Properties, LLC; Ian Griffin; Executive Trustee Services, LLC dba ETS Services, LLC; and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"). The Complaint states the following four claims: (1) "To Set Aside Trustee's Sale;" (2) "Cancel Trustee's Deed;" (3) Fraud; and (4) "Quiet Title."

    In the Complaint, Plaintiff did not allege a federal question, nor did he allege that he and Defendants are citizens of different states for purposes of establishing diversity jurisdiction. On August 23, 2010, the Court ordered Plaintiff to show cause within fourteen dates why this action should not be dismissed for lack of jurisdiction. The Court explained that "[f]ailure to respond on or before that date will be construed as consent to dismissal."

    Plaintiff failed to respond to the Court's Order to Show Cause. Accordingly, Plaintiff has failed to establish that this Court has jurisdiction over his claims, and the Court *sua sponte* DISMISSES the action for lack of jurisdiction. Defendants' Motion to Dismiss,[1] which is currently set for hearing on September 27, 2010, is DENIED as moot.

                                                                                                                                               :

---

[1] Dkt. No. 6.

O          JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV10-5695 AHM (AGRx) | Date | September 10, 2010 |
| Title | RAYMOND ARNOLD v. RANCHO HORIZON, *et al*. | | |

| | |
|---|---|
| Initials of Preparer | se |